NO. 07-10-00317-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL A
 
--------------------------------------------------------------------------------
SEPTEMBER 14, 2010
--------------------------------------------------------------------------------

 
 IN RE GREGORY BANISTER, RELATOR
--------------------------------------------------------------------------------

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

 
 MEMORANDUM OPINION
 
Relator Gregory Dean Banister has filed a petition for a writ of mandamus. He seeks an order compelling respondent, the Honorable Felix Klein, to rule on seventeen motions Banister asserts are pending in his habeas corpus proceeding. 
In response to our request, Judge Klein has filed a detailed response to Banister's petition. By it, he identifies each of Banister's motions and the corresponding ruling of the court. Accordingly, we do not reach the merits of Banister's issue, and the petition for writ of mandamus is dismissed as moot. See In re Duncan, 62 S.W.3d 333, 334 (Tex.App.--Houston [1st Dist.] 2001, orig. proceeding) (also dismissing mandamus petition as moot after trial court ruling).

Per Curiam